DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TOMMY L. RANDOLPH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2641

[April 2, 2025]

Appeal of order denying petition for writ of habeas corpus to the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence Mirman, Judge; L.T. Case No. 1978CF000305 A.

Tommy L. Randolph, Lowell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Baker v. State*, 878 So. 2d 1236, 1241 (Fla. 2004) (speedy trial argument not a valid ground for habeas corpus relief; such argument should have been raised on direct appeal, if preserved, or in a properly filed rule 3.850 motion).

KLINGENSMITH, C.J., LEVINE and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***